IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Koster, Alan | Case Number: 05 B 29888 |
|---|---|---|
| | Koster, Lydia Mae | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 7/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: September 2, 2008
Confirmed: October 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,732.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 12,190.62 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,694.00 |
| Trustee Fee: |  | 847.38 |
| Other Funds: |  | 0.00 |
| Totals: | 15,732.00 | 15,732.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,694.00 | 2,694.00 |
| 2. | Discover Financial Services | Unsecured | 877.61 | 2,638.59 |
| 3. | Target National Bank | Unsecured | 348.88 | 1,048.90 |
| 4. | Resurgent Capital Services | Unsecured | 261.34 | 785.68 |
| 5. | Jefferson Capital | Unsecured | 417.39 | 1,254.83 |
| 6. | ECast Settlement Corp | Unsecured | 359.54 | 1,080.95 |
| 7. | Resurgent Capital Services | Unsecured | 609.82 | 1,833.37 |
| 8. | Resurgent Capital Services | Unsecured | 104.57 | 314.38 |
| 9. | Resurgent Capital Services | Unsecured | 145.05 | 436.12 |
| 10. | ECast Settlement Corp | Unsecured | 539.92 | 1,623.28 |
| 11. | Target National Bank | Unsecured | 390.66 | 1,174.52 |
| 12. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 13. | Citi Cards | Unsecured |  | No Claim Filed |
| 14. | Direct Merchants | Unsecured |  | No Claim Filed |
| 15. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 16. | Midwest Emergency | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,748.78 | $ 14,884.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 141.72 |
| 5% | 157.02 |
| 4.8% | 125.86 |
| 5.4% | 283.11 |
| 6.5% | 139.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Koster, Alan
   Koster, Lydia Mae
   Printed:  9/3/08

Case Number:  05 B 29888
Judge:  Wedoff, Eugene R
Filed:  7/29/05

_____
$ 847.38

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

